IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL NO. 2:07CV18

| | |
|---|---|
| DANNY STEVE HOGSED, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security Administration, )<br>)<br>Defendant. )<br>) | **J U D G M E N T** |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for summary judgment is **DENIED**; the Defendant's motion for summary judgment is **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner denying social security benefits to the Plaintiff is **REVERSED**; and this matter is hereby **REMANDED** to the Commissioner for further proceedings not inconsistent with the Memorandum and Order filed herewith.

2

Signed: May 20, 2008

Lacy H. Thornburg
United States District Judge