IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| DANNY STEVE HOGSED, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL NO. 2:07 CV 18 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**O R D E R**

**THIS MATTER** is before the Court on Plaintiff's "Motion For Award of Attorney Fees Pursuant to the Equal Access to Justice Act" filed on July 29, 2008.

By Response filed August 5, 2008, Defendant advises the parties have reached agreement entitling Plaintiff to $5,218.48 in attorney fees, as well as $350.00 in costs for the initial filing fee, which provides for full settlement in satisfaction of any and all claims for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Therefore, in accordance with the parties' settlement agreement on attorney fees and costs,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's counsel shall be paid the sum of **FIVE THOUSAND, TWO HUNDRED EIGHTEEN DOLLARS AND FORTY-EIGHT CENTS ($5,218.48)** for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), directly as assignee of Plaintiff, and **THREE HUNDRED FIFTY DOLLARS ($350.00)** in costs for the initial filing fee.

**IT IS FURTHER ORDERED** that no additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

2

Signed: August 5, 2008

*(signature)*

Lacy H. Thornburg
United States District Judge